## Defendants in Litigation

United States District Court
Southern District of Texas
FILED
OCT 14 2008
Michael N. Milby
Clerk of Court

1). Dr. Cormack
2). Bert Gabert
3). Mary Cruise
4). Bert Gabert
5). Jennifer Stringer
6). Premises Liability
7). Personal Injury
8).
9).
10).

Mr. Morriki Carl
805 N. Dickinson Drive
Porsh, TX. 75785

Moriki Earl - Plaintiff
vs.
Rusk State Hospital - Defendant  Case #

In the United States District Court
of, Honorable _____

United States District Court
Southern District of Texas
FILED
OCT 14 2008
Michael N. Milby
Clerk of Court

## I.

### Original Petition

This, petition being brought, is, an litigation for the premises liability, personal injury. From insider trading; and, I would like punitive and compensatory damages for injuries sustained. By, the acts of employer ratification, too, employee. And, I, insist on default judgement for indifferientiation to the confronting conflicts of issues brought by contestants contending forcible entry, of my consensual violation of 1st Amendment, etc..

## II.

While ignoring my physical health condition that requires specialty care clinic. That, I, would like to further presue my original petition; litigation of $500,000.00 dollars daily for intentional disregard and repeat offending of damages, and injuries to finances to my health.

## III.

Therefore an default; judgement is requested of not responded for premises liability ected by H.C.P.C. negligence and choice of treatment; and/or facilities to, place for care.

## IV.

When true in fact, records are in contrary to every statement contended toward me in the response in the suit. Which require court intervention and/or authorities once investigation; from private investigator(s) are complete. So; that an settlement compromise in offers could be made.

_____ Granted and/or
_____ Denied


_____
Judge Presiding

10/10/2008

Mariki Earl
805 N. Dickinson Drive
Rusk, Tx. 75785

It's a problem with me and my treatment team. Because, they want work out my 4 tours better, and release of medical information to process my discharge from (2) two month stay in the Hospital to cover the fact conservator and guardian had been mishandling my affairs to the point mental health warrant + protective order is being concealed by pro-active attorney appointed contrary to the fact. I requested for the continued refusal of services due to incompetence by guardian + conservative.

I'm requesting that they complete transfer of provider of service, due to hardship brought upon myself, from their services. Please forward me all of my court papers warranted and to be amended from reversed decisions.

Moodie Earl
805 N. Dickinson Drive
Rusk, Tx. 75785

Now
Cal

Honorable Judge Nancy Atlas
Attn: Civil Intake Division

7700242600

SOUTHERN DISTRICT OF TEXAS
FILED
OCT 14 2008
MICHAEL N. MILBY, CLERK OF COURT

United States District Court
515 Rusk
Houston, Tx. 77002

EAST TEXAS PO DC
TX 757 3L
10 OCT 2008 PM

USA 42